UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES OTIS WILLIAMS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-01027-LSC-SGC |
| ) | |
| CLAUDE E. HUNDLEY, III, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

James Otis Williams, Jr., filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, naming the following individuals as respondents: Madison County Circuit Judge Claude E. Hundley, III, Assistant District Attorneys Kristy D. Shelton and Steven J. Shaw, and Kimberly Kaye Tibbs, the petitioner's former spouse. (Doc. 1). When he filed this petition, Williams was confined at the Madison County Jail, but he has since been released. (Doc. 1 at 1; Docs. 15, 18).

On March 15, 2023, the magistrate judge entered a report recommending Williams's petition be dismissed because he (1) has already been released from custody, (2) seeks relief not available to him in a habeas petition, and (3) failed to exhaust his state court remedies. (Doc. 19). Williams was advised that he must file any objections to the Report and Recommendation within fourteen days, but the court has not received objections or any other response.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition is due to be dismissed. Additionally, in accordance with Rule 11 of the *Rules Governing 2254 Proceedings,* a certificate of appealability will be denied because Williams has not "made a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). Reasonable jurists would not find the district court's assessment of the constitutional claims debatable or wrong, nor are the issues presented adequate to deserve encouragement to proceed further. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

A final judgment will be entered.

**DONE** and **ORDERED** on April 14, 2023.

_____
L. Scott Coogler
United States District Judge

160704